**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

        -v.-                       :    NOTICE OF INTENT TO
                                      FILE AN INFORMATION
JOSEPH OWUSU,                      :
  a/k/a "Joseph Frimpong,"
                                  :
        Defendant.                 :    08 CRIM 191

- - - - - - - - - - - - - - - - x

JUDGE SPRIZZO

      PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         February 25, 2008

                         MICHAEL J. GARCIA
                         United States Attorney

          By:    _____
               E. Danya Perry
               Assistant United States Attorney

          AGREED AND CONSENTED TO:

          By:    _____
               Jacob Laufer, Esq.
               Attorney for Joseph Owusu

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

2/26/08    WHEEL A

TOTAL P.02