JUDGE SPRIZZO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA         :

              -v.-                    :

JOSEPH OWUSU,                    :
  a/k/a "Joseph Frimpong,"
                                      :

              Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 CRIM 191

08 Cr.    (JES)

        JOSEPH OWUSU, a/k/a "Joseph Frimpong," the above-named defendant, who is accused of violating Title 18, United States Code, Sections 287 and 2, and Title 26, United States Code, Section 7206(1) and (2), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Dated: New York, New York
       March 6, 2008

0293