UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                NOTICE OF APPEARANCE

- against -

                                                08 CR 191 (JES)

JOSEPH OWUSU,

                Defendant.
------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendant Joseph Owusu.

      I certify that I am admitted to practice in this court.


March 20, 2008                                        /s/ Jacob Laufer
Date                                                 Signature

                                                 JACOB LAUFER (JL 2846)
                                                 Print Name                Bar Number
                                                 65 Broadway, Suite 1005

                                                 Address
                                                 New York     New York   10006
                                                 City                         State     Zip Code
                                                 (212) 422-8500    (212) 422-9038

                                                 Phone Number          Fax Number
                                                 jlaufer@lauferlaw.com
                                                 E-mail