UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                   :

                                           :

-v.-                                       :     **STIPULATION**

                                           :

JOSEPH OWUSU,                              :     08 Cr. 191 (JES)

a/k/a "Joseph Owusu Frimpong,"             :

                                           :

                    Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED by and among the United States of America, by

Michael J. Garcia, United States Attorney for the Southern District of New York, E. Danya

Perry, Assistant United States Attorney, and Joseph Owusu, the defendant, by and with the

consent of his attorney, Jacob Laufer, that:

1)    Time be excluded under the Speedy Trial Act, pursuant to Title 18, United

States Code, Section 3161(h)(8)(A), from April 22, 2008 until May 27, 2008, in order to allow

the parties to continue to discuss the disposition of this case.

2

PAGE 03/03

04/18/2008 1Case 1:08-cr-00191-JES Document 5 Filed 04/23/2008 212 Page 2 of 2 P.04
APR-19-2008 12:16 US ATTORNEY JACOB LAUFER.PC

2) This exclusion best serves the ends of justice and outweighs the interest of

the public and the defendant in a speedy trial.

Dated: New York, New York
April 18, 2008

MICHAEL J. GARC IA
United States Attorney
Southern District of New York

By: _____
E. Danya Perry
Assistant United States Attorney
(212) 637-2434

Jacob Laufer, Esq.
Attorney for Joseph Owusu

SO ORDERED.

JOHN E. SPRIZZO, U.S.D.J.
April 22, 2008

3