UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA                :

    -v.-                                    :  **STIPULATION**
                                            :
JOSEPH OWUSU,                           :  08 Cr. 191 (JES)
  a/k/a "Joseph Owusu Frimpong,"        :

           Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        IT IS HEREBY STIPULATED by and among the United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, E. Danya Perry, Assistant United States Attorney, and Joseph Owusu, the defendant, by and with the consent of his attorney, Jacob Laufer, that:

        1)    Time be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from May 27, 2008, until June 17, 2008, in order to allow the parties to continue to discuss the disposition of this case.

2

    2) This exclusion best serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated: New York, New York
      May 27, 2008

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
E. Danya Perry
Assistant United States Attorney
(212) 637-2434

_____
Jacob Laufer, Esq.
Attorney for Joseph Owusu

SO ORDERED.

_____
JOHN E. SPRIZZO, U.S.D.J.
May ___, 2008
5-28-08

3