UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    ORDER
                                 :
         -v.-                    :
                                 :    08 Cr. 191 (JES)
JOSEPH OWUSU,                    :
 a/k/a "Joseph Frimpong,"        :
                                 :
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, with the consent of defendant JOSEPH OWUSU, a/k/a "Joseph Frimpong," his guilty plea allocution was taken before a United States Magistrate Judge on July 2, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          July ___, 2008

                                        _____
                                        JOHN E. SPRIZZO
                                        UNITED STATES DISTRICT JUDGE